NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**TECSEC, INC.,**
*Plaintiff-Appellant,*

v.

**INTERNATIONAL BUSINESS MACHINES CORPORATION,**
*Defendant-Appellee,*

and

**CISCO SYSTEMS, INC., SAS INSTITUTE, INC., SAP AMERICA, INC., SAP, AG, SUN MICROSYSTEMS, INC., ORACLE CORPORATION, SYBASE, INC., SOFTWARE AG, SOFTWARE AG, INC., ADOBE SYSTEMS, INC., EBAY, INC., and PAYPAL, INC.,**
*Defendants.*

———————————

2011-1303

———————————

Appeal from the United States District Court for the Eastern District of Virginia in No. 10-CV-0115, Judge Leonie M. Brinkema.

———————————

**JUDGMENT**

———————————

GREGORY N. STILLMAN, Hunton & Williams LLP, of Norfolk, Virginia, argued for plaintiff-appellant. Of counsel on the brief were MICHAEL A. O'SHEA and MICHAEL A. OAKES, of Washington, DC; and ANDREW G. DINOVO and ADAM G. PRICE, DiNovo Price Ellwanger & Hardy LLP, of Austin, Texas.

JOHN M. DESMARAIS, Desmarais, LLP, of New York, New York, argued for defendant-appellee. Of counsel on the brief were JON T. HOHENTHANER, Kirkland & Ellis, LLP, of New York, New York; and ELIZABETH BERNARD and WILLIAM H. BURGESS, of Washington, DC.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LINN, DYK, and PROST, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 18, 2012                    /s/ Jan Horbaly
Date                              Jan Horbaly
                                    Clerk